■ In the Matter of STANTON KARNBAD.—Application for reinstatement held in abeyance pending petitioner's satisfactory completion of a

standard bar review course and the presentation to the clerk of this court of an affidavit by petitioner of such completion. Concur—Murphy, P. J., Kupferman, Birns, Fein and Sandler, JJ.